Case: 316B-MM-102215

| Item # | Type | Collected On | Barcode | Description | Location Barcode | Location Description | Disposition Date | Status |
|---|---|---|---|---|---|---|---|---|
| 1B38 | General | 2/11/2010 7:00 | E4542540 | (U//FOUO) BOX(2)WORKING COPIES OF DOCUMENTS PROVIDED BY PRIOR CASE AGENT | E5881212 | GEN-031B ✓ | | |
| 1B38 | General | 2/11/2010 7:00 | E4542541 | (U//FOUO) WORKING COPIES OF DOCUMENTS PROVIDED BY PRIOR CASE AGENT BOX (1) | E5881212 | GEN-031B ✓ | | |
| 1B37 | Digital | 3/11/2009 8:00 | E4571370 | (U//FOUO) DEMM90123YD1(REF:1B18/E03729604): ONE (1) FBI OWNED CD CONTAINING THE RESULTS OF THE EXAMINATION | E5882465 | CartRW-031C ✓ | | |
| 1B35 | General | 9/30/2008 8:00 | E4398283 | (U//FOUO) GRAND JURY SUBPOENAS AND EXHIBITS, INDICTMENT BINDER, CD'S OF LEVINE'S WEBSITES, POSSIBLE TRIAL EXHIBITS | E03131299 | GJ-020B ✓ | | |
| 1B34 | General | 9/30/2008 8:00 | E4397216 | (U//FOUO) MISCELLANEOUS DOCUMENTS COLLECTED BY CASE AGENT | E03131299 | GJ-020B ✓ | | |
| 1B33 | General | 8/7/2006 8:00 | E4861313 | (U//FOUO) DOCUMENTS FROM MARK ROBBINS | E5880055 | SS0054 ✓ | | |
| 1B32 | General | 7/8/2006 8:00 | E4231175 | (U//FOUO) DOCUMENTS FROM SA MONSCHEIN RE: DAVID DITTENBER | E5880055 | SS0054 ✓ | | |
| 1B31 | General | 6/22/2005 8:00 | E4231176 | (U//FOUO) SHIPPING RECORDS REGARDING LEVINE, ETC | E5880055 | SS0054 ✓ | | |
| 1B30 | General | 3/1/2005 7:00 | E4231177 | (U//FOUO) DOCUMENTS FROM EXPRESS LAND TITLE CO RE: RANDY LEVINE | E03131213 | GJ-001B ✓ | | |
| 1B29 | General | 3/1/2005 7:00 | E4231178 | (U//FOUO) BANK DOCUMENTS FROM WASHINGTON MUTUAL RE: EWA FRANKIEWICZ | E03131213 | GJ-001B ✓ | | |
| 1B28 | General | 1/24/2005 7:00 | E4231179 | (U//FOUO) UNION PLANTERS BANK DOCUMENTS RE: SHELDON KRESLER | E03131213 | GJ-001B ✓ | | |
| 1B26 | Digital | 12/3/2004 7:00 | E03848127 | (U//FOUO) DEMM4338MS1: THREE COPIES OF ONE DVD DISKS CONTAINING FTK FORENSIC EXAMINATION REPORT. REF 1B-14(QMM4338MS1), SONY VIAO LAPATOP CPU | E5882533 | CartRW-047B ✓ | | |
| 1B24 | Digital | 9/15/2004 8:00 | E03729688 | (U//FOUO) 3 DVDS CONTAINING CART PROCESSING RESULTS OF QMM1 AND QMM2 DEMM1 (1B17, 1B15) | E5882545 | CartRW-050B ✓ | | |
| 1B22 | General | 9/8/2004 8:00 | E4861319 | (U//FOUO) DOCUMENTS FROM WACHOVIA SECURITIES REGARDING LEVINE'S ACCOUNT WITH PRUDENTIAL SECURITIES | E03131214 | GJ-001C ✓ | | |
| 1B9 | General | 6/2/2004 8:00 | E4711074 | (U//FOUO) BANK OF AMERICA RECORDS FOR DANIEL FILIATREAULT | E03131222 | GJ-002D ✓ | | |
| 1B8 | General | 3/29/2004 7:00 | E4673738 | (U//FOUO) DOCUMENTS FROM WASHING MUTUAL BANK REGARDING RANDY LEVINE | E03131222 | GJ-002D ✓ | | |
| 1B7 | General | 3/5/2004 7:00 | E4711070 | (U//FOUO) PHONE RECORDS FROM TALK AMERICA REGARDING RANDY LEVINE | E03131222 | GJ-002D ✓ | | |
| 1B6 | General | 3/5/2004 7:00 | E03977658 | (U//FOUO) RECORDS FROM COMMERCIAL FEDERAL BANK REGARDING LISA BITTER | E03131217 | GJ-001F ✓ | | |
| 1B5 | General | 3/5/2004 7:00 | E03977655 | (U//FOUO) BANK RECORDS FROM WACHOVIA REGARDING RANDY LEVIN | E03131217 | GJ-001F ✓ | | |
| 1B4 | General | 3/5/2004 7:00 | E4673740 | (U//FOUO) BANK RECORDS FROM WACHOVIA REGARDING RANDY LEVINE | E03131222 | GJ-002D ✓ | | |
| 1B2 | General | 3/5/2004 7:00 | E03977657 | (U//FOUO) RECORDS FROM BELLSOUTH REGARDING RANDY LEVINE | E03131259 | GJ-010A ✓ | | |
| 1B1 | General | 3/5/2004 7:00 | E4861318 | (U//FOUO) BANK RECORDS FROM BANK OF AMERICA REGARDING RANDY LEVINE | E03131324 | GJ-026D ✓ | | |